**Order entered September 25, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00064-CR

### LOUIS JAMES BROWN, III, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 296th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 296-83597-2019

### ORDER

Before the Court is the State's September 23, 2020 motion for extension of time to file its brief. We **GRANT** the motion and **ORDER** the brief received with the motion filed as of the date of this order.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE